# United States District Court
# For The Western District of North Carolina
# Statesville Division

SANDRA J. BASS,

    Plaintiff(s),

vs.

JO ANNE BARNHART,
Commissioner of Social Security

    Defendant(s).

JUDGMENT IN A CIVIL CASE

Case No. 5:06CV9

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 27, 2007 Order.

Signed: July 27, 2007

Frank G. Johns, Clerk
United States District Court